UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARCIA BURRELL,
     Plaintiff,

                            Case No. 2:20-cv-10824-TGB-APP
v.                       District Judge Terrence G. Berg
                            Magistrate Judge Anthony P. Patti

JEFFERSON CAPITAL SYSTEMS,
LLC,
     Defendant.

_____

## STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Jefferson Capital Systems, LLC, with prejudice and without attorney's fees or costs to either party.

Date:  October 22, 2020.        Respectfully submitted,

*s/ Amy L. Bennecoff Ginsburg*     *s/ Louis Leonard Galvis*
Amy L. Bennecoff Ginsburg       Louis Leonard Galvis
Attorney for Plaintiff             Attorney for Defendant
Kimmel & Silverman, P.C.        Sessions Fishman Nathan & Israel
30 East Butler Pike               645 Stonington Lane
Ambler, PA  19002            Fort Collins, CO  80525
Telephone:  215-540-8888        Telephone:  (970) 218-9086
E-mail:  aginsburg@creditlaw.com  E-mail:  lgalvis@sessions.legal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARCIA BURRELL,
  Plaintiff,

         Case No. 2:20-cv-10824-TGB-SDD
v.           District Judge Terrence G. Berg
         Magistrate Judge Anthony P. Patti

JEFFERSON CAPITAL SYSTEMS,
LLC,
  Defendant.

_____

## **ORDER OF DISMISSAL OF CASE WITH PREJUDICE**

The Court having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Jefferson Capital Systems, LLC are hereby dismissed with prejudice and without fees or costs to either party.

Date: October 22, 2020    /s/Terrence G. Berg_____
           TERRENCE G. BERG
           UNITED STATES DISTRICT JUDGE